IN THE COURT OF COMMON PLEAS
WARREN COUNTY, OHIO

| | |
|---|---|
| **WESTERN ENVIRONMENTAL CORPORATION**<br>6820 Roosevelt Ave.<br>Franklin, OH 45005<br><br>    Plaintiff<br><br>v.<br><br>**HARDY DIAGNOSTICS**<br>429 S. Pioneer Blvd.<br>Springboro, OH 45066<br><br>  **ALSO SERVE ITS STATUTORY AGENT:**<br>    Darla Prevish<br>    429 S. Pioneer Blvd.<br>    Springboro, OH 45066<br><br>    and<br><br>**U.S. BANK NATIONAL ASSOCIATION**<br>400 City Center<br>Oshkosh, WI 54901<br><br>  **ALSO SERVE ITS STATUTORY AGENT:**<br>    CT Corporation System<br>    4400 Easton Commons Way, Suite 125<br>    Columbus, OH 43219<br><br>    and<br><br>**WARREN COUNTY TREASURER**<br>406 Justice Drive #226<br>Lebanon, OH 45036<br><br>    and<br><br>**WARREN COUNTY AUDITOR**<br>406 Justice Drive #2<br>Lebanon, OH 45036<br><br>  **Defendants** | CASE NO.: 21CV94033<br><br>Judge Peeler<br><br><br>**COMPLAINT - FORECLOSURE** |

For its Complaint against the defendants, Hardy Diagnostics, U.S. Bank National Association, Warren County Treasurer and Warren County Auditor ("Defendant"), the plaintiff, Western Environmental Corporation ('WEC") states the following:

## **GENERAL ALLEGATIONS**

1. WEC is an Ohio corporation with its principal place of business located at 6820 Roosevelt Avenue, Franklin, Warren County, Ohio 45005.

2. Defendant has a place of business located at 429 S. Pioneer Blvd, Springboro, Warren County, Ohio, more particularly described in **Exhibit "1"** attached hereto ("Defendant's Property").

3. Defendant is the fee simple owner of Defendant's Property.

4. At all times relevant herein, Defendant conducted business in Warren County, Ohio.

5. WEC submitted Proposal #2019-26-R5 dated May 16th, 2019 to Defendant for a "GRACI ISO 7 CLEANROOM" at Defendant's Property ("Proposal") which was accepted by Defendant on the same date. A copy of the Proposal is attached hereto as **Exhibit "2."**

6. Defendant issued Purchase Order Number 187964 dated May 22, 2019 to WEC ("Purchase Order"). A copy of the Purchase Order is attached hereto as **Exhibit "3."**

7. The Purchase Order provides that "WEC will provide all of the design, engineering, project management, equipment, and labor as per the Scope of Work (Proposal # 2019-26 R5) for the sum of $643,998.00."

8. The Proposal and Purchase Order constitute a valid and binding contract between WEC and Defendant ("Contract").

9. ISO Standard 14644 is the industry acknowledged standard that defines the requirements for an ISO 7 cleanroom including required particle limits for various classes.

10. ISO Standard 14644 does not specify air changes per hour ("ACH").

11. Defendant approved the drawings and specifications for the clean room per the Contract, and WEC constructed the clean room in compliance with the clear and unambiguous terms of the Contract.

12. On or about March 12, 2020, WEC performed testing that showed the clean room exceeded the requirements for an ISO 7 cleanroom.

13. On or about March 12, 2020, Defendant shut down the project, excluded WEC from the Property and demanded that WEC satisfy certain new conditions relating to ACH that are not contained in the Proposal or the Purchase Order and are not required by the ISO 7 industry acknowledged standards in breach of the Contract.

14. WEC attempted in good faith to negotiate with Defendant regarding a change order to address the new ACH specifications requested by Defendant for the first time many months after the project started but was unable to reach an agreement.

15. WEC fully performed its obligations under the Contract.

16. Defendant breached the Contract by failing to pay WEC's Invoice dated February 19, 2020 in the amount of $144,222.60 for work that WEC completed pursuant to the Contract. A copy of the Invoice is attached hereto as **Exhibit "4"**.

17. Defendant also owes interest to WEC pursuant to the Contract, which currently totals approximately $23,796.74 and will continue to accrue at the rate of 1.5% per month (18% annual rent) until paid in full. An Invoice for the interest is attached hereto as **Exhibit "5"**.

18. Defendant also owes $32,200.00, which equals 5% of the Contract, that was going to be billed upon certification, O&M manuals and As-Built Drawings completed pursuant to Section 13.1 of the Purchase Order but was not billed because Defendant breached the Contract.

## FIRST CLAIM FOR RELIEF - BREACH OF CONTRACT

19. WEC incorporates paragraphs 1 through 18 as though fully set forth herein.

20. WEC fully performed its obligations under the Contact.

21. Defendant breached the Contract by failing to pay $200,219.34 plus interest that will continue to accrue to WEC.

22. As a direct and proximate result of the Defendant's breach of the Contract, WEC has incurred and will continue to incur damages including, but not limited to, the $200,219.34 due and owing to WEC, interest, attorney fees, costs and expenses.

## SECOND CLAIM FOR RELIEF – FORECLOSURE OF MECHANIC'S LIEN

23. WEC incorporates paragraphs 1 through 22 as though fully set forth herein.

24. On or about June 18, 2020, WEC recorded an Affidavit for Mechanic's Lien against Defendant's Property ("Mechanic's Lien") with the Warren County Recorder. A copy of the Mechanic's Lien is attached hereto as **Exhibit "6"**.

25. On or about June 22, 2020, WEC, pursuant to R.C.1311.07 and R.C. 1311.19, served Defendant with the notice of the filing of its Mechanic's Lien ("Notice"). Defendant received the notice on June 25. 2020. A copy of the Notice with the signed receipt is attached here as **Exhibit "7"**.

26. Defendant did not respond to the Notice and has failed to make payment to WEC.

27. The Mechanic's Lien has been perfected as a valid lien against Defendant's Property, all in accordance with the Ohio Revised Code and Mechanics' Lien Statutes.

28. WEC is entitled to have the Mechanic's Lien foreclosed, Defendant's Property sold, and the sale proceeds applied toward the payment of WEC's Mechanic's Lien.

29. Defendant, Matt Nolan, Auditor of Warren County, Ohio, and Barney Wright, Treasurer of Warren County, Ohio, may claim some interest in Defendant's Property by reason of real estate taxes against Defendant's Property.

30. Defendant, U.S. Bank National Association ("U.S. Bank"), may claim an interest against Defendant's Property by virtue of its mortgage filed against Defendant's Property and recorded in Instrument Number 2020-023935 of the Official Records of Warren County, Ohio.

31. A Preliminary Judicial Report as required by R.C. 2329.191 and Warren County Common Pleas Local Rule 3.12 is attached hereto as **Exhibit "8"**.

**WHEREFORE,** Plaintiff, Western Environmental Corporation, demands judgment against the Defendant, Hardy Diagnostics, as follows:

First, for a judgment against Defendant for breach of contract in a sum in excess of $25,000.00 and for interest, costs, attorney fees, and such other relief which this Court may deem just and necessary.

Second, that WEC be adjudged to have a valid Mechanic's Lien on the Defendant's Property described herein in the amount of $176,422.50; that the Mechanic's Lien be foreclosed and the Defendant's Property ordered sold and the amount found due WEC be paid out of the proceeds of such Sherriff's Sale; and that Defendants, Auditor of Warren County, Ohio, Treasurer of Warren County, Ohio and U.S. Bank be required to assert their interests or be barred, that all liens be marshalled and that if the proceeds of the sale are insufficient to pay WEC the amount due it, then a judgment against Defendant for any amount remaining unpaid.

Respectfully submitted,

MILLIKIN & FITTON LAW FIRM
A Legal Professional Association

By: _____
Steven A. Tooman (0066988)
Thomas A. Dierling (0074438)
9032 Union Centre Blvd.
Suite 200
West Chester, OH 45069
Phone: (513) 863-6700
Fax: (513) 863-0031
Email: tooman@mfitton.com
dierling@mfitton.com
Attorneys for Plaintiff, Western Environmental Corporation

## INSTRUCTIONS TO THE CLERK

Please serve the Defendants by certified mail, return receipt requested, at the addresses set forth in the caption of this Complaint.

_____
Steven A. Tooman (0066988)

CERTIFIED COPY
JAMES L. SPAETH, CLERK
WARREN COUNTY, OHIO
COMMON PLEAS COURT
BY Taylor Snelling
DEPUTY