AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

WESTERN ENVIRONMENTAL CORPORATION OF OHIO )
           *Plaintiff* )
v. )   Civil Action No. 1:21-cv-194
HARDY DIAGNOSTICS, *et al.*, )
           *Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Plaintiff's motion to remand (Doc. 12) is GRANTED. This case is REMANDED to the Warren County, Ohio Court of Common Pleas from which it was removed; Plaintiff's request for attorney's fees (Doc. 12) is DENIED; and this case is TERMINATED on the docket of this Court.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☑ **decided by Judge** Timothy S. Black, U.S. District Judge on a motion for remand (Doc. 12).

Date: 3/8/2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*